```
1   Lawrence J. Gornick (SBN 136290)
    Emily Charley (SBN 238542)
2   LEVIN SIMES KAISER & GORNICK LLP
    One Bush Street, 14th Floor
3   San Francisco, California 94104
4   Tel: (415) 646-7160
    Fax: (415) 981-1270
5
6
7
8                       UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
11  JOSHUA HUDSON,                    )   No. C 05 5078 JL
                                      )
12              Plaintiff,            )   Before the Honorable JAMES LARSON
                                      )
13  vs.                               )   [PROPOSED] ORDER VACATING
                                      )   AND/OR CONTINUING CASE
14                                    )   MANAGEMENT CONFERENCE
    ELI LILLY AND COMPANY,            )
15                                    )   Conference Date:   APRIL 12, 2006
                Defendant.            )   Conference Time:   10:30 a.m.
16                                    )   Location:          Courtroom F, 15TH Fl.
```

17    For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

18 hereby continues the April 12, 2006 Case Management Conference ("CMC") to

19 __July 26, 2006__, at __10:30 am__. In the event the case is not transferred to the Honorable

20 Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*

21 *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC

22 Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

23

24  **IT IS SO ORDERED**

25

26  DATED:   Apri 3, 2006

27

28                                              HONORABLE JAMES LARSON
                                                United States District Court Judge

*IT IS SO ORDERED*
*Judge James Larson*

---

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1